UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| KWANG YONG SHIN, | ) |  |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 2:25-cv-00003 |
| SUN POULTRY SERVICES, INC., | ) | |
| Defendant. | ) | |

# ORDER

Before the Court is the Magistrate Judge's Report and Recommendation ("R&R") (Doc. No. 47) recommending that the Court deny Defendant Sun Poultry Services, Inc.'s ("Sun Poultry") motion to dismiss, or, alternatively, motion for a more definite statement or to strike allegations in the Complaint. (Doc. No. 8). Sun Poultry has not filed timely objections to the R&R despite the R&R's specific warnings regarding waiver. (See id. at 19–20).

Having thoroughly reviewed the R&R, the Court agrees with the Magistrate Judge's analysis. Specifically, the Court agrees that: (1) there is prima facie evidence that Sun Poultry received service; and (2) regardless of how Sun Poultry's motion is characterized, it is incorrect that the Complaint is a mere shotgun pleading considering the relevant allegations Plaintiff Kwang Yong Shin ("Shin") sets forth therein. (See id. at 9–10).

Accordingly, the R&R (Doc. No. 47) is **APPROVED AND ADOPTED**, and Sun Poultry's Motion (Doc. No. 8) is **DENIED**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE