**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**COOKEVILLE DIVISION**

| | | |
|---|---|---|
| **KWANG YONG SHIN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No 2:25-cv-00003** |
| | ) | |
| **SUN POULTRY SERVICES INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, the Report and Recommendation (Doc. No. 115) is **ADOPTED IN PART and REJECTED IN PART** as modified by the reasoning in the Memorandum Opinion. Shin's motion for summary judgment (Doc. No. 89) is **DENIED**. Sun Poultry Services Inc.'s motion for summary judgment (Doc. No. 100) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE** This is a final order. The clerk shall enter judgment and close the file.

IT IS SO ORDERED

WAVERLY D. CRENSHAW, JR.
UNITED STATES DISTRICT JUDGE